

PRESENT:   Hon. John Gleeson

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

★ SEPT 20 2005 ★

BROOKLYN OFFICE

UNITED STATES OF AMERICA,

                    Plaintiff,

    -against-

NEFTALI I. RIVERA,

                  Defendant.

*ORDER AMENDING JUDGMENT*

Civil Action No. CV-99-5040

On reading and filing the annexed Affirmation of Douglas M. Fisher, Esq., it is hereby

ORDERED, that the judgment entered herein on November 1, 1999 be and the same hereby is deemed amended to reflect the proper balance to be $2,371.89 in principal plus $1,677.53 in interest plus $13.00 in costs for a total amount of $4,062.42 and that the Clerk of the within named Court is directed to mark the records accordingly.

Dated: 9/13, 2005
Brooklyn, New York

                                              s/John Gleeson
                                              Hon. John Gleeson